USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 9/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORRIS WALKER,

Plaintiff,

-against-

FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.,

Defendants.

No. 26-cv-7873 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

Plaintiff commenced the instant action asserting claims, *inter alia*, under 29 U.S.C. §§ 201–219, the Fair Labor Standards Act ("FLSA"). This matter has recently been assigned to the Court, (ECF No. 1), and Plaintiff has subsequently filed the First Amended Complaint (the "FAC"), (ECF No. 4). The FAC alleges that Defendant Federal Express Corporation is a Delaware corporation with its principal place of business in Memphis, Tennessee, and that FedEx Ground Package System, Inc. is a Delaware corporation with its principal place of business in Pittsburgh, Pennsylvania. (*Id.*) A review of the FAC, however, fails to provide any information concerning Plaintiff's place of residence. Nor does the FAC contain factual allegations identifying where Plaintiff's claims arose, other than conclusory allegations that Plaintiff delivered packages on behalf of Defendants in this District. (ECF No. 4.) The Civil Cover Sheet similarly omits this information. (ECF No. 2.)

Rule 18(a)(3) of the Southern District of New York's Rules for the Division of Business provides, in relevant part, that a civil case shall be designated for assignment to White Plains if the claim arose in whole or in major part in the Counties of Dutchess, Orange, Putnam,

Rockland, Sullivan, and Westchester (the “Northern Counties”) and at least one of the parties resides in the Northern Counties; or if the claim arose in whole or in major part in the Northern Counties and none of the parties resides in this District. Rule 18(a)(3) also provides that a civil case may be designated for assignment to White Plains if the claim arose outside this District and at least some of the parties reside in the Northern Counties; or if at least half of the parties reside in the Northern Counties.

In light of Plaintiff’s failure to provide pertinent information that would warrant assigning the case to White Plains and/or maintaining venue in the Southern District of New York, Plaintiff is directed to show cause on or before October 23, 2026, why the action should not be reassigned from White Plains to Manhattan or transferred to the appropriate venue. Plaintiff may do so by filing a Second Amended Complaint to specify what part of the claim arose in of the Northern Counties or which parties reside in the Northern Counties such that the case should be assigned to the White Plains courthouse, or via a sworn declaration from a person having personal knowledge of the relevant information.

SO ORDERED,

Dated: September 29, 2026
White Plains, NY



Nelson S. Román, U.S.D.J.